IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTOPHER VAN BRUMMEN,

     Plaintiff,

v.

HESS CORPORATION,

     Defendant.

Civil Action No. 4:20-cv-04330
Jury Demanded

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher van Brummen and Defendant Hess Corporation file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All claims and defenses asserted by either party in this lawsuit are hereby dismissed, with prejudice to refiling.  Each party shall bear their own attorneys' fees and costs.

The parties intend that this dismissal be immediately effective without further order of the Court.

Dated: February 10, 2022     Respectfully submitted,

**Henke, Williams & Boll LLP**

By: */s/ Kathleen Boll (with permission)*
Charlie Henke (attorney-in-charge)
Texas Bar No. 00784254
S.D. Tex. No. 15405

chenke@henkelawfirm.com
Kathleen H. Boll (of counsel)
Texas Bar No. 00798431
S.D. Tex. No. 22739
kboll@henkelawfirm.com
2929 Allen Parkway, 39th Floor
Houston, Texas 77019
Telephone: 713.940.4500
Facsimile: 713.940.4545

*Attorneys for Plaintiff,*
*Chris van Brummen*

Dated: <u>February 10, 2022</u>            Respectfully submitted,

**Stuart PC**

By: <u>*/s/ Laurence E. Stuart*</u>
      Laurence E. Stuart (attorney-in-charge)
      Texas Bar No. 00794705
      S.D. Tex. No. 19744
      lstuart@stuartpc.com
      C. Keith Lea (of counsel)
      Texas Bar No. 24048269
      S.D. Texas No. 610767
      klea@stuartpc.com
      712 Main, Suite 1100
      Houston, Texas 77002
      Telephone: 713.337.3750
      Facsimile: 713.481.6320

*Attorneys for Defendant, Hess Corporation*

<u>Certificate of Service</u>

I certify that this document was served upon all other parties via the

Court's electronic filing system and/or email on February 10, 2022, as follows:

Charlie Henke
chenke@henkelawfirm.com
Kathleen Boll
kboll@henkelawfirm.com
Colin Sherrod
csherrod@henkelawfirm.com

*Attorneys for Plaintiff*

*/s/ Laurence E. Stuart*
Laurence E. Stuart